

# NUMBER 13-19-00176-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**GOLIAD COUNTY, TEXAS,** **Appellant,**

**v.**

**EUGENE CALVIN BONNET,** **Appellee.**

---

### On appeal from the 24th District Court
### of Goliad County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

Appellant, Goliad County, Texas, has filed a motion to stay all trial court proceedings in this case. Appellant has filed an interlocutory appeal from the denial of a plea to the jurisdiction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (West, Westlaw through 2017 1st C.S.). Appellant asserts the stay is statutorily mandated because appellant filed its plea and requested a hearing within 180 days from the date it filed its original answer. *See id.* § 51.014(c)(2).

The Court, having examined and fully considered the matters on file herein, is of the opinion that appellant is entitled to a stay of the trial court proceedings. Accordingly, we grant appellant's motion to stay and we order the trial court proceedings stayed pending resolution of this appeal or further order of this Court.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
15th day of April, 2019.

2